FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 30 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JORGE ALEJANDRO ROJAS, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> FEDERAL AVIATION ADMINISTRATION, <br><br> Defendant-Appellee. | No.   17-55036 <br><br> D.C. No. <br> 2:15-cv-05811-CBM-SS <br> Central District of California, <br> Los Angeles <br><br> **ORDER** |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3.  The three-judge panel disposition in this case shall not be cited as precedent by or to any court of the Ninth Circuit.